**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:23-CV-06031-DOC-KES            Date: February 2, 2024

Title: BRANDON JOHNSON V. SIEMENS INDUSTRY, INC.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER ADMINISTRATIVELY CLOSING CASE DUE TO CONSOLIDATION**

      On January 10, 2024, the Court issued an Order to Show Cause why three related cases, 8:22-cv-00334-DOC-KES (*Chanielle Enomoto v. Siemens Industry, Inc.*), 2:23-cv-06031-DOC-KES (*Brandon Johnson v. Siemens Industry, Inc.*), and 8:23-cv-01827-DOC-KES (*Chanielle Enomoto v. Siemens Industry, Inc.*), should not be consolidated. The parties responded on January 12, 2024 (Dkts. 59, 60 in 8:22-cv-00334-DOC-KES)— neither party opposes consolidation.

      Accordingly, the Court ordered these cases to be consolidated. This case, 2:23-cv-06031-DOC-KES, *Brandon Johnson v. Siemens Industry, Inc.*, will be administratively closed and all future filings shall be made under 8:22-cv-00034-DOC-KES.

      The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN